■ EUGENE F. BERSANI, Respondent, v PATRICK J. BASSET, JR., et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present —Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.

■ RONALD J. GULA et al., Appellants, v ROBERT R. ANDREWS et al., Respondents.—Judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Judgment of Supreme Court, Onondaga County, Hurlbutt, J.—Negligence.) Present—Denman, P. J., Boomer, Lawton, Fallon and Doerr, JJ.